Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

Solciris Asencio

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

Americas Auto Auction

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

Case No. _____

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_    ☐ Yes    ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Solciris Asencio
Street Address  2208 indigo cove ct
City and County League City, Galveston
State and Zip Code   TX   77573
Telephone Number    832-988-0482
E-mail Address  Serett34@gmail.com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name                          Aaron Victorian
    Job or Title *(if known)*     Supervisor
    Street Address                18266 Almeda Genoa Rd
    City and County               Houston, Harrison
    State and Zip Code            TX, 77047
    Telephone Number              832-926-6374
    E-mail Address *(if known)*

Defendant No. 2
    Name                          America Auto Auction
    Job or Title *(if known)*     18266 Almeda Genoa Rd
    Street Address
    City and County               Houston, Harrisonoo Harris
    State and Zip Code
    Telephone Number              281-819-3600
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    ☑ Federal question               ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Sexual Assault, Wrongful termination, Sexual Harassment, Falsifying information, Collusion

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

The plaintiff, *(name)* Sokiris Asencio , is a citizen of the State of *(name)* Texas .

    b.     If the plaintiff is a corporation

The plaintiff, *(name)* Aaron Victorian , is incorporated under the laws of the State of *(name)* Texas ,

and has its principal place of business in the State of *(name)* Texas .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

The defendant, *(name)* America Auto Auction , is a citizen of the State of *(name)* Texas . Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.      If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under

          the laws of the State of *(name)* _____, and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

my superios had me doing work not related to my job without compisation
HR asked me to lie to my supervisor and say I was out on sick leave and inside I went to the doctor for a problem
I could get my unemployment

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   07/01/24

Signature of Plaintiff   *[signature]*

Printed Name of Plaintiff   Solaris Bench

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____

On June 1, 2023, I began my new career at American Auto Auction as a Supervisor for the digital department in Houston, TX. My offices were located in Conroe and Pearland, TX. The starting pay for the first year was $150K+, increasing to $200K+ thereafter, as advised by my manager, Aaron Victorian.

Aaron would meet with me daily to review my progress and discuss upcoming tasks. On one occasion, while reviewing my closing script, he advised me to slow down when speaking and to use my assets to close deals. He said, "You're beautiful, just use what you have." I responded, thanking him for the compliment, but explained that I had never relied on my looks for work and wouldn't feel comfortable doing so.

Aaron began calling me daily to check on my progress. In the fourth week of my employment, the company sent the Digital Director, Josh Moseley, to train me for a week. Aaron was aware of this and asked me not to mention the training he had been giving me, saying, "Those white people wouldn't understand."

A week before Josh arrived, I asked Aaron to take me along to observe his closing techniques with dealers to improve before Josh's arrival. He agreed, and on a Friday, we visited dealerships. After our second stop, Aaron suggested we go to a casino in Louisiana. I declined, stating I needed to prepare for Josh's arrival. Despite my objections, we ended up at the casino. Aaron played poker and drank, and I was upset about the wasted time.

During our drive back, I nodded off and woke to find Aaron's hand on my thigh. He moved it when he saw my discomfort and asked why I didn't like him. I clarified that I respected him as my manager but was in a relationship. He insinuated that we would be a perfect couple, despite our respective partners.

The following week, Josh arrived and asked about my training. I informed him that Aaron had me at live auctions, which was not part of my job description. Josh found this odd and planned to address it with Aaron. Later, Aaron questioned me about my conversation with Josh, appearing relieved when I said I only discussed my training.

As my training with Josh concluded successfully, he informed me that I needed to visit more dealerships. However, Aaron continued to keep me by his side daily. The week after Josh left, Aaron invited me to discuss my progress over brunch. At the restaurant, Aaron asked me to sit beside him, which I declined, preferring to sit across from him for better conversation.

During brunch, Aaron mentioned feeling stressed and requested a massage in a nearby hotel room. Feeling uncomfortable, I excused myself to the bathroom. Upon my return, Aaron suggested I pay the check with my company card while he got the room. He insisted I join him to relax, but I was hesitant and unsure how to respond, needing my job and not wanting to create conflict.

Eventually, I went to the hotel but stayed in my car for a while, feeling conflicted. Aaron called, asking where I was. I went inside, and when I entered the room, Aaron was in bed naked. I retreated to the bathroom, started crying, and told him I had to leave. The next day, his behavior became more aggressive, and he implied that if I took care of him, he would take care of me.

Feeling trapped and unsure of whom to trust, I decided to confide in the GM about Aaron's behavior. Aaron had mentioned riding with me to Louisiana for dealership visits. I expressed my reluctance due to my fiancé's mistrust. Aaron reluctantly agreed to send someone else. Over the 4th of July weekend, Aaron called and messaged me multiple times, causing friction with my fiancé.

Upon returning to work, Aaron apologized for his previous threat to my fiancé. He asked me to keep the office door closed and offered to bring me food. I expressed my discomfort and the impact on my personal life. During a conversation, the GM suggested we keep the door open due to the heat. Aaron later asked if I wanted to attend a conference in San Antonio, to which I agreed, hoping for professionalism.

However, Aaron's inappropriate behavior continued. He made inappropriate comments and physical advances. Feeling desperate, I decided to file a complaint with HR. The HR representative advised me to work from home until the investigation concluded. Despite providing evidence, the investigation found Aaron not in violation of company guidelines.

The company began marginalizing me, and eventually, the CFO called to terminate my employment. Throughout this ordeal, I have kept records, including text messages, documentation from my doctor, and recorded conversations, and I have witnesses to support my claims.