United States District Court
Southern District of Texas
**ENTERED**
June 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOLCIRIS ASENCIO, *Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv3086 |
| AMERICAS AUTO AUCTION AND AARON VICTORIAN, *Defendants* | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 19, 2025, (Dkt. 25) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Aaron Victorian's Motion to Dismiss (Dkt. 12) is **GRANTED** and this case is **DISMISSED**.

**SIGNED** at Houston, Texas this __10th__ day of June, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE