United States District Court
Southern District of Texas
**ENTERED**
June 10, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ASENCIO SOLCIRIS, *Plaintiff,* § § § | |
| V. § | CIVIL ACTION NO. 4:24cv03086 |
| § | |
| AMERICAS AUTO AUCTION AND AARON VICTORIAN, *Defendants.* § § § § | |

## FINAL JUDGMENT

In accordance with this court's Order of Adoption adopting the Magistrate Judge's recommendation that Defendant's Motion to Dismiss be granted (Dkt. 25), it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** and Plaintiff's Title VII claims are **DISMISSED WITH PREJUDICE**.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas this _10th_ day of June, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE